USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/24/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EB Safe LLC,

               Petitioner,

   –v–

Mark P. Hurley,

               Respondent.

18-cv-7651 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

Dated: May 24, 2021
       New York, New York

                                      ALISON J. NATHAN
                                 United States District Judge